**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **JOSEPH L. MILLER** | : | BK. No. 12-20116 JKF |
| **REBECCA L. MILLER** | : | |
| **Debtors** | : | **Chapter No. 13** |
| | : | |
| **JPMORGAN CHASE BANK, NATIONAL** | : | |
| **ASSOCIATION** | : | |
| **Movant** | : | |
| v. | : | **11 U.S.C. §362 and 1301** |
| **JOSEPH L. MILLER** | : | |
| **REBECCA L. MILLER** | : | |
| **SUSAN S. MAINS (Non-filing Co-Debtor)** | : | |
| **Respondents** | : | |
| | : | |

**ORDER MODIFYING §362 AUTOMATIC STAY AND CO-DEBTOR STAY**

**AND NOW**, this 14th day of September, 2016, at **PHILADELPHIA**, upon Motion of **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and the Co-Debtor Stay, as provided for under 11 U.S.C. §1301 is granted with respect to, 52 OVAL TURN LANE, LEVITTOWN, PA 19055(hereinafter the Premises) ~~(as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises)~~, as to allow Movant, its successors or assignees, ~~to proceed with its rights under the terms of said Mortgage~~; and it is further;

_____
JEAN    K.    FITZSIMON,    BANKRUPTCY
JUDGE

WILLIAM C.  MILLER, ESQUIRE
(TRUSTEE)
1234 Market Street, Suite 1813
Philadelphia, PA 19107

ELLIS B. KLEIN, ESQUIRE
3554 HULMEVILLE ROAD, SUITE 102
BENSALEM, PA 19020

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

SUSAN S. MAINS
52 OVAL TURN LANE
LEVITTOWN, PA 19055

JOSEPH MILLER
52 OVAL TURN LANE
LEVITTOWN, PA 19055

REBECCA MILLER
52 OVAL TURN LANE
LEVITTOWN, PA 19055