United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 12-20116-jkf
Joseph L. Miller                                                                                Chapter 13
Rebecca L. Miller
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett              Page 1 of 1                  Date Rcvd: Sep 15, 2016
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2016.
db/jdb         +Joseph L. Miller,   Rebecca L. Miller,   52 Oval Turn Lane,   Levittown, PA 19055-1518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ELLIS B. KLEIN    on behalf of Debtor Joseph L. Miller ykassoc@gmail.com,   ykaecf@gmail.com,
           ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
          ELLIS B. KLEIN    on behalf of Joint Debtor Rebecca L. Miller ykassoc@gmail.com,   ykaecf@gmail.com,
           ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
          JEROME B. BLANK    on behalf of Creditor   JPMorgan Chase Bank, National Association
           paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor   JPMorgan Chase Bank, N.A., et. al. paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor   JPMorgan Chase Bank, National Association
           paeb@fedphe.com
          PAUL H. YOUNG    on behalf of Debtor Joseph L. Miller ykassoc@gmail.com,   ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com
          PAUL H. YOUNG    on behalf of Joint Debtor Rebecca L. Miller ykassoc@gmail.com,   ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| JOSEPH L. MILLER | : BK. No. 12-20116 JKF |
| REBECCA L. MILLER | : |
|     Debtors | : Chapter No. 13 |
| | : |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | : |
|     Movant | : |
| v. | : 11 U.S.C. §362 and 1301 |
| JOSEPH L. MILLER | : |
| REBECCA L. MILLER | : |
| SUSAN S. MAINS (Non-filing Co-Debtor) | : |
|     Respondents | : |
| | : |

### ORDER MODIFYING §362 AUTOMATIC STAY AND CO-DEBTOR STAY

AND NOW, this 14th day of September, 2016, at **PHILADELPHIA**, upon Motion of **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and the Co-Debtor Stay, as provided for under 11 U.S.C. §1301 is granted with respect to, 52 OVAL TURN LANE, LEVITTOWN, PA 19055(hereinafter the Premises) ~~(as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises)~~, as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said ~~Mortgage;~~ and it is further;

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE
(TRUSTEE)
1234 Market Street, Suite 1813
Philadelphia, PA 19107

ELLIS B. KLEIN, ESQUIRE
3554 HULMEVILLE ROAD, SUITE 102
BENSALEM, PA 19020

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

SUSAN S. MAINS
52 OVAL TURN LANE
LEVITTOWN, PA 19055

JOSEPH MILLER
52 OVAL TURN LANE
LEVITTOWN, PA 19055

REBECCA MILLER
52 OVAL TURN LANE
LEVITTOWN, PA 19055