# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 12-20116-JKF

JOSEPH L. MILLER
REBECCA L. MILLER
52 OVAL TURN LANE

LEVITTOWN, PA 19055

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOSEPH L. MILLER
    REBECCA L. MILLER
    52 OVAL TURN LANE

    LEVITTOWN, PA 19055

Counsel for debtor(s), by electronic notice only.

    ELLIS B KLEIN
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

Date: 10/24/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee