### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Joseph L. Miller<br>    Rebecca L. Miller<br>                    Debtor(s) | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>                    Movant<br>        vs. | NO. 12-20116 AMC |
| Joseph L. Miller<br>Rebecca L. Miller<br>                    Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>                    Trustee | |

## ORDER

AND NOW, this 26th day of June, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to permit Bank of America, N.A., in title to take possession and sell, lease, and otherwise dispose U 2006 ISUZU ASCENDER ("Vehicle"), bearing a VIN Number 4NUDS13S262703020.

_____
Ashely M. Chan
United States Barnkruptcy Judge

**Date: June 26, 2018**

Joseph L. Miller
52 Oval Turn Lane
Levittown, PA 19055

Rebecca L. Miller
52 Oval Turn Lane
Levittown, PA 19055

Ellis B. Klein Esq.
3554 Hulmeville Road (VIA ECF)
Suite 102
Bensalem, PA 19020

William C. Miller Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532