United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Joseph L. Miller
Rebecca L. Miller
     Debtors

Case No. 12-20116-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett    Page 1 of 1    Date Rcvd: Jun 26, 2018
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.
db/jdb      +Joseph L. Miller,   Rebecca L. Miller,   52 Oval Turn Lane,   Levittown, PA 19055-1518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:
     ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
     ELLIS B. KLEIN    on behalf of Debtor Joseph L. Miller ykassoc@gmail.com, ykaecf@gmail.com, ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
     ELLIS B. KLEIN    on behalf of Joint Debtor Rebecca L. Miller ykassoc@gmail.com, ykaecf@gmail.com, ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
     JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, National Association paeb@fedphe.com
     JOSEPH ANGEO DESSOYE    on behalf of Creditor    JPMorgan Chase Bank, N.A., et. al. paeb@fedphe.com
     KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
     MARIO J. HANYON    on behalf of Creditor    JPMorgan Chase Bank, National Association paeb@fedphe.com
     PAUL H. YOUNG    on behalf of Debtor Joseph L. Miller support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com
     PAUL H. YOUNG    on behalf of Joint Debtor Rebecca L. Miller support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com
     THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
         TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Joseph L. Miller<br>Rebecca L. Miller<br>Debtor(s) | | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>Movant<br>vs. | | NO. 12-20116 AMC |
| Joseph L. Miller<br>Rebecca L. Miller<br>Debtor(s) | | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>Trustee | | |

**ORDER**

AND NOW, this 26th day of June, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to permit Bank of America, N.A., in title to take possession and sell, lease, and otherwise dispose U 2006 ISUZU ASCENDER ("Vehicle"), bearing a VIN Number 4NUDS13S262703020.

Ashely M. Chan
United States Barnkruptcy Judge

**Date: June 26, 2018**

Joseph L. Miller
52 Oval Turn Lane
Levittown, PA 19055

Rebecca L. Miller
52 Oval Turn Lane
Levittown, PA 19055

Ellis B. Klein Esq.
3554 Hulmeville Road (VIA ECF)
Suite 102
Bensalem, PA 19020

William C. Miller Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532