United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-20116-amc
Joseph L. Miller                                                Chapter 13
Rebecca L. Miller
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2          Date Rcvd: Jul 16, 2018
                              Form ID: 138NEW             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
db/jdb         +Joseph L. Miller,    Rebecca L. Miller,    52 Oval Turn Lane,    Levittown, PA 19055-1518
cr             +JPMorgan Chase Bank, N.A.,     700 Kansas Lane,    Monroe, LA 71203-4774
12893816      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
12922848       +BENEFICIAL CONSUMER DISCOUNT COMPANY,    636 GRAND REGENCY BLVD.,    BRANDON, FL. 33510-3942
12893815        Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
12893814       +Bank Of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                Simi Valley, CA 93062-5170
12893817       +Chase Manhattan Mortgage,    Attn; Bankruptcy Dept,    3415 Vision Dr. Mail Code: Oh4-7133,
                Columbus, OH 43219-6009
12893818       +Chase Manhattan Mortgage,    Po Box 24696,   Columbus, OH 43224-0696
12893823       +ER Solutions,    800 Sw 39th St,    Renton, WA 98057-4975
12893822       +ER Solutions,    Po Box 9004,    Renton, WA 98057-9004
12893820       +Eastern Account System,    Po Box 837,   Newtown, CT 06470-0837
12893821       +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
12903312        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
12893828       +Hfc - Usa,    Po Box 3425,   Buffalo, NY 14240-3425
13034908       +JP Morgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                Mail Code: LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 17 2018 02:04:12     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2018 02:03:23
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2018 02:04:08     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 02:07:35     GE Capital Retail Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
12893812       +E-mail/Text: EBNProcessing@afni.com Jul 17 2018 02:03:53     Afni, Inc.,    Attn: Bankruptcy,
                Po Box 3097,    Bloomington, IL 61702-3097
12893813       +E-mail/Text: EBNProcessing@afni.com Jul 17 2018 02:03:53     Afni, Inc.,    Po Box 3427,
                Bloomington, IL 61702-3427
12939648       +E-mail/Text: ally@ebn.phinsolutions.com Jul 17 2018 02:02:55     Ally Financial Inc.,
                P O Box 130424,    Roseville, MN 55113-0004
12963663        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2018 02:08:18
                American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                Oklahoma City, OK 73124-8838
12931456        E-mail/Text: bankruptcy@cunj.org Jul 17 2018 02:03:14     Credit Union of New Jersey,
                1301 Parkway Ave,    Ewing, NJ 08628
13124416       +E-mail/Text: bncmail@w-legal.com Jul 17 2018 02:03:55     Cheswold (Ophrys), LLC,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12893819       +E-mail/Text: bankruptcy@cunj.org Jul 17 2018 02:03:14     Credit Union Of N J,    Po Box 7921,
                Ewing, NJ 08628-0921
12908869        E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 02:08:29     GE Capital Retail Bank,
                Attn: Bankruptcy Department,    PO Box 960061,   Orlando FL 32896-0661
12893827       +E-mail/Text: ally@ebn.phinsolutions.com Jul 17 2018 02:02:55     GMAC/Ally,    P O Box 380901,
                Bloomington, MN 55438-0901
12893826       +E-mail/Text: ally@ebn.phinsolutions.com Jul 17 2018 02:02:55     GMAC/Ally,    Po Box 130424,
                Roseville, MN 55113-0004
12893825       +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 02:08:28     Gemb/care Credit,
                950 Forrer Blvd,    Kettering, OH 45420-1469
12893824       +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 02:08:29     Gemb/care Credit,
                Attn: bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
13116197        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 17 2018 02:03:58     JEFFERSON CAPITAL SYSTEMS LLC,
                PO BOX 7999,    ST CLOUD MN 56302
12913961        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 17 2018 02:03:59     Jefferson Capital Systems LLC,
                PO BOX 7999,    SAINT CLOUD MN 56302-9617
12893829       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 17 2018 02:02:58     Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
12902398        E-mail/PDF: rmscedi@recoverycorp.com Jul 17 2018 02:07:43
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
12954949        E-mail/Text: appebnmailbox@sprint.com Jul 17 2018 02:03:43     Sprint Nextel,
                Attn Bankruptcy Dept,    PO Box 7949,   Overland Park KS 66207-0949
12893832       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 17 2018 02:02:52
                Vzw Ne,    2000 Corporate Dr,   Orangeburg, NY 10962-2634
12893831       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 17 2018 02:02:52
                Vzw Ne,    Attention: Verizon Wireless Department,    Po Box 3397,    Bloomington, IL 61702-3397
                                                                                               TOTAL: 23

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Jul 16, 2018
                              Form ID: 138NEW             Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12893830          State of Pennsylvania,    Department of Labor and Industry
cr*              +Cheswold (Ophrys), LLC,    c/o Weinstein & Riley, P.S.,     2001 Western Ave., Ste. 400,
                   Seattle, WA 98121-3132
cr*             ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court:   Jefferson Capital Systems LLC,    PO BOX 7999,
                   ST CLOUD, MN  56302-9617)
12899048        ##Bank of America, N.A.,    NC4-105-02-99,    PO Box 26012,    Greensboro, NC 27420-6012
12956263        ##+Rjm Acquisitions Funding Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                             TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ELLIS B. KLEIN    on behalf of Debtor Joseph L. Miller ykassoc@gmail.com,    ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              ELLIS B. KLEIN    on behalf of Joint Debtor Rebecca L. Miller ykassoc@gmail.com,    ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    JPMorgan Chase Bank, N.A., et. al. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              PAUL H. YOUNG    on behalf of Joint Debtor Rebecca L. Miller support@ymalaw.com,    ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              PAUL H. YOUNG    on behalf of Debtor Joseph L. Miller support@ymalaw.com,    ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Joseph L. Miller and Rebecca L. Miller
      Debtor(s)

Bankruptcy No: 12−20116−amc
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/16/18

94 − 93
Form 138_new