Certificate Number: 03621-PAE-DE-030354930

Bankruptcy Case Number: 12-20116



03621-PAE-DE-030354930

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 27, 2017</u>, at <u>9:45</u> o'clock <u>PM EST</u>, <u>Joseph L Miller</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 28, 2017</u>          By:   <u>/s/Michelove Thelemaque</u>

Name:   <u>Michelove Thelemaque</u>

Title:   <u>Credit Counselor</u>

Certificate Number: 03621-PAE-DE-030354928

Bankruptcy Case Number: 12-20116



03621-PAE-DE-030354928

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 27, 2017, at 9:45 o'clock PM EST, Rebecca L Miller completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 28, 2017          By:   /s/Michelove Thelemaque

Name: Michelove Thelemaque

Title:  Credit Counselor