United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Joseph L. Miller
Rebecca L. Miller
    Debtors

Case No. 12-20116-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Antoinett　　　Page 1 of 1　　　Date Rcvd: Aug 16, 2018
　　　　　　　　　　　　　Form ID: 212　　　 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.
db/jdb　　　　+Joseph L. Miller,   Rebecca L. Miller,    52 Oval Turn Lane,    Levittown, PA 19055-1518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018　　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:
　　　　ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
　　　　 bkgroup@kmllawgroup.com
　　　　ELLIS B. KLEIN    on behalf of Debtor Joseph L. Miller ykassoc@gmail.com,    ykaecf@gmail.com,
　　　　 ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
　　　　ELLIS B. KLEIN    on behalf of Joint Debtor Rebecca L. Miller ykassoc@gmail.com,    ykaecf@gmail.com,
　　　　 ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
　　　　JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, National Association
　　　　 paeb@fedphe.com
　　　　JOSEPH ANGEO DESSOYE    on behalf of Creditor    JPMorgan Chase Bank, N.A., et. al. paeb@fedphe.com
　　　　KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
　　　　MARIO J. HANYON    on behalf of Creditor    JPMorgan Chase Bank, National Association
　　　　 paeb@fedphe.com
　　　　PAUL H. YOUNG    on behalf of Debtor Joseph L. Miller support@ymalaw.com,    ykaecf@gmail.com,
　　　　 paullawyers@gmail.com,pyoung@ymalaw.com
　　　　PAUL H. YOUNG    on behalf of Joint Debtor Rebecca L. Miller support@ymalaw.com,    ykaecf@gmail.com,
　　　　 paullawyers@gmail.com,pyoung@ymalaw.com
　　　　THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
　　　　 bkgroup@kmllawgroup.com
　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
　　　　WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                Chapter: 13

    Joseph L. Miller and Rebecca L. Miller

Debtor(s)                                                Case No: 12−20116−amc

___

*ORDER*

      AND NOW, 8/16/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

        ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

        ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                                 For The Court

                                                                  Ashely M. Chan

                                                                  Judge ,United States Bankruptcy Court