United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Joseph L. Miller
Rebecca L. Miller
    Debtors

Case No. 12-20116-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Aug 24, 2018
                      Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2018.
db/jdb      +Joseph L. Miller,   Rebecca L. Miller,   52 Oval Turn Lane,   Levittown, PA 19055-1518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2018 at the address(es) listed below:

        ANDREW F GORNALL   on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        ELLIS B. KLEIN   on behalf of Debtor Joseph L. Miller ykassoc@gmail.com, ykaecf@gmail.com, ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
        ELLIS B. KLEIN   on behalf of Joint Debtor Rebecca L. Miller ykassoc@gmail.com, ykaecf@gmail.com, ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
        JEROME B. BLANK   on behalf of Creditor   JPMorgan Chase Bank, National Association paeb@fedphe.com
        JOSEPH ANGEO DESSOYE   on behalf of Creditor   JPMorgan Chase Bank, N.A., et. al. paeb@fedphe.com
        KEVIN G. MCDONALD   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        MARIO J. HANYON   on behalf of Creditor   JPMorgan Chase Bank, National Association paeb@fedphe.com
        PAUL H. YOUNG   on behalf of Debtor Joseph L. Miller support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com
        PAUL H. YOUNG   on behalf of Joint Debtor Rebecca L. Miller support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com
        THOMAS I. PULEO   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
                  TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                    : Chapter 13

Joseph L. Miller and Rebecca L. Miller                            : Case No. 12−20116−amc
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , 24th day of August, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

101
Form 195